Emres N.Y., LLC v Brookstone 8, LLC (2023 NY Slip Op 06649)

Emres N.Y., LLC v Brookstone 8, LLC

2023 NY Slip Op 06649

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, OGDEN, GREENWOOD, AND NOWAK, JJ.

921 CA 22-01572

[*1]EMRES NEW YORK, LLC, PLAINTIFF-APPELLANT,
v
BROOKSTONE 8, LLC, DEFENDANT-RESPONDENT. 

BOND, SCHOENECK & KING, PLLC, ROCHESTER (JEREMY M. SHER OF COUNSEL), FOR PLAINTIFF-APPELLANT.
JACOBOWITZ NEWMAN TVERSKY LLP, CEDARHURST (EVAN M. NEWMAN OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered September 7, 2022. The order, among other things, granted defendant's motion for leave to renew, and upon renewal, granted defendant's motion to vacate a default judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court